# EXHIBIT 1-1

Deposition of Dr. Michael Shapiro has been designated as confidential by Defendants' counsel pursuant to the parties' Agreed Protective Order [Dkt. 48] and is filed under seal.