# EXHIBIT 1-2

Deposition of Aetna's corporate representative, Dr. Michael Shapiro, has been designated as confidential by Defendants' counsel pursuant to the parties' Agreed Protective Order [Dkt. 48] and is filed under seal.