# EXHIBIT 1-4

Supplemental Expert Report of Dr. Michael Shapiro has been designated as confidential by Defendants' counsel pursuant to the parties' Agreed Protective Order [Dkt. 48] and is filed under seal.